NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0799

Kayla E'Lana Watson

- - Versus - -

Daniel Christopher Banguel

19th Judicial District Court
Case #: 692986
East Baton Rouge Parish

On Application for Rehearing filed   On 10/13/2021 by Daniel Christopher Banguel

Rehearing _____ **DENIED** _____

J. Michael McDonald

Guy Holdridge

Allison H. Penzato

Date __NOV 0 4 2021__

Rodd Naquin, Clerk